DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CRAIG ANDERSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2026-0879

[June 18, 2026]

Appeal of order denying rule 3.800 motion from the Fifteenth Judicial Circuit, Palm Beach County; James Edward Nutt, Judge; L.T. Case No. 502008CF011256BXXXMB.

Craig Anderson, Punta Gorda, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and SHEPHERD, JJ., concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***